# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:15 MC 156

IN RE:

**ORDER REGARDING THE**
ADMINISTRATION OF THE
UNITED STATES PROBATION OFFICE
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

FILED
CHARLOTTE, NC
AUG 20 2015
US District Court
Western District of NC

## O R D E R

**THE COURT** has been notified that a vacancy will occur in the position of Chief U.S. Probation/Pretrial Officer as of September 1, 2015, and that the appointment of an acting Chief Probation/Pretrial Officer is necessary to conduct the business of the Probation/Pretrial Office until a new Chief can be appointed and assume the duties of the office,

**IT IS, THEREFORE, ORDERED** that Lisa Morris, Deputy Chief Probation/Pretrial Officer, is named Acting Chief Probation/Pretrial Officer, with full power, authority and responsibility of the Chief Probation/Pretrial Officer, effective at the close of business on August 31, 2015, until a new Chief Probation/Pretrial Officer is appointed.

This 18th day of August, 2015.

Frank D. Whitney, Chief
U.S. District Court Judge

Martin Reidinger
U.S. District Court Judge

Graham C. Mullen
U.S. District Court Judge

Richard L. Voorhees
U.S. District Court Judge

Robert J. Conrad, Jr.
U.S. District Court Judge

Max O. Cogburn
U.S. District Court Judge